## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

| | |
|---|---|
| MARJORIE TYLKE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> REAL TIME RESOLUTIONS, INC., <br><br> Defendant. | Case No.: 15-cv-698 <br><br> **DISCLOSURE STATEMENT** |

The undersigned, counsel of record for Plaintiff, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

I.  MARJORIE TYLKE:

　　1.  MARJORIE TYLKE is a plaintiff.

　　2.  MARJORIE TYLKE is a natural person.

　　3.  No other counsel is currently expected to appear for this plaintiff.

Respectfully submitted,

Dated: June 9, 2015　　　　　　　　　　**ADEMI & O'REILLY, LLP**
　　　　　　　　　　　　　　　　　　　/s/ John D. Blythin
　　　　　　　　　　　　　　　　　　　Shpetim Ademi
　　　　　　　　　　　　　　　　　　　John D. Blythin
　　　　　　　　　　　　　　　　　　　3620 E. Layton Avenue
　　　　　　　　　　　　　　　　　　　Cudahy, WI  53110
　　　　　　　　　　　　　　　　　　　Telephone: (414) 482-8000
　　　　　　　　　　　　　　　　　　　Facsimile: (414) 482-8001
　　　　　　　　　　　　　　　　　　　jblythin@ademilaw.com

1