UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| MARJORIE TYLKE, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>vs.<br><br>REAL TIME RESOLUTIONS, INC.,<br><br>        Defendant. | Case No.: 15-cv-698 |

## **DECLARATION OF JOHN D. BLYTHIN**

I, John D. Blythin, state under penalty of perjury pursuant to 28 U.S.C. § 1746, that attached hereto are true and correct copies of the following documents:

1. <u>Exhibits A through H</u> are debt collection letters received by Plaintiff Tylke from Real Time.

2. <u>Exhibit I</u> is a firm biography for proposed class counsel, Ademi & O'Reilly, LLP.

Dated this 9th day of June 2015.

<u>/s/ John D. Blythin</u>
John D. Blythin (SBN 1046105)
ADEMI & O'REILLY, LLP
3620 East Layton Avenue
Cudahy, WI 53110
jblythin@ademilaw.com
tel (414) 482-8000
fax (414) 482-8001

1